IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 14-20093-01/02-CM |
| K. KEVIN JAMES and CHARLIE JAMES, | ) |
| Defendants. | ) |

**ORDER**

The above-captioned matter comes before the Court upon the Second Unopposed Motion To Continue (Doc. 20) filed by defendant Charlie James, by and through his attorneys, Michael D. Hepperly of Michael D. Hepperly Law Office, Chtd., and Jacquelyn E. Rokusek of Rokusek Law Office.

Defendant James seeks a continuance of the currently scheduled status conference from March 2, 2015, to April 6, 2015 at 9:30 a.m. Defendant James seeks this continuance pursuant to the ends of justice provision of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and as a designated complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(i), (ii). The defendants are out of custody and they do not object to the continuance. The government does not oppose the continuance.

There is expected to be a voluminous amount of discovery, most of which has not yet been provided to the defendants. Once all the discovery is provided, defense counsel will require time to determine the extent of it and whether there are any technical issues. Further, the

defendants are not permitted to have a copy of any discovery and must review it only at their respective attorneys' offices, thus counsel must have some understanding as to the scope of the discovery in order to suggest realistic deadlines and a trial date.

The court finds that the defendants have been advised of their rights under the Speedy Trial Act, 18 U.S.C. § 3161, and that they have no objection to this request for a continuance as set forth above. The defendants have consented that this continuance be excluded from the computation of speedy trial time under 18 U.S.C. § 3161. Further, this case has been designated as complex litigation as ordered on 11/6/14 (Doc. 17) and should continue to remain designated complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(i), (ii). The court further finds that defendant's request is based on truly extraordinary circumstances and that a continuance outweighs the best interests of the public and the defendants in a speedy trial and that the ends of justice would be served by this continuance.

IT IS THEREFORE ORDERED AS FOLLOWS:

The Status Conference is continued to April 6, 2015, at 9:30 a.m. Defendants will be present for the Status Conference.

IT IS THEREFORE ORDERED that the time from February 26, 2015, until April 6, 2015, be excluded from speedy trial calculations under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

IT IS SO ORDERED.

Dated this 26th day of February, 2015.

s/ Carlos Murguia
HONORABLE CARLOS MURGUIA
U.S. District Judge