CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA

        Plaintiff,

v.                                                  Case No:  14-20093-01,02

Kevin James (01), Charlie James (02)

        Defendant.

**Attorney for Plaintiff: Jabari Wamble**
**Attorney for Defendant: Tim Burdick (01), Mike Hepperly (02), Jackie Rokusek (02),**

| JUDGE: | Carlos Murguia | DATE: | 5/11/2015 |
|---|---|---|---|
| CLERK: | Sarah Spegal | TAPE/REPORTER: | Nancy Wiss |
| INTERPRETER: | | PROBATION: | |

**Status Conference**

Kevin James appears in person and with counsel.  Charlie James appears in person and with counsel.

The parties have submitted a pretrial Order setting deadlines and a trial setting.  See Order for details.

The next court appearance is scheduled for 9/5/16 at 9:30 AM.

Jury Trial scheduled for 1/30/17 at 9:00 AM.  This is a firm trial setting.  The parties estimate the trial to take 30 days.

Defendants to remain on bond.